■ HARRY BRAM, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendant.— In an action to recover damages resulting from the alleged encroachment of an elevated rapid transit station owned by defendant the City of New York and operated by defendant the New York City Transit Authority, and from the maintenance of an embankment on plaintiff's land supporting the station, the defendant city appeals from an order denying its motion for leave to amend its answer. Order reversed, without costs, and motion granted. The amended answer is to be served, if appellant be so advised, within 10 days after the entry of the order hereon. In our opinion the denial of the motion was an improvident exercise of discretion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the Probate of the Will of LAWRENCE J. COLLIER, Deceased. EVELYN DE CESARE, Appellant; ALEXANDER HAMILTON, Respondent. — Appeal from an order of the Surrogate's Court, Dutchess County, directing appellant, a contestant in the proceeding, to furnish particulars as to certain items in respondent's demand therefor. Order modified by striking from the ordering paragraph the figures "3, 4, 5". As so modified, order affirmed, without costs. Particulars as to lack of testamentary capacity may not be demanded. There are no unusual circumstances claimed. Particulars as to the respects in which it is claimed the will offered for probate is not the last will of decedent, whether there is reliance on a later will, and particulars as to fraud and undue influence are proper. (*Matter of Carpenter,* 252 App. Div. 885; *Matter of Wetterau,* 245 App. Div. 822; *Matter of Van Riper,* 171 Misc. 178; 2 Jessup-Redfield, Surrogate's Law & Practice, p. 390 *et seq.*) Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ GERTRUDE LERMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— In an action by the beneficiary to recover on a life insurance policy, the insurer's defense was that material misrepresentations were made by the insured in his application for the policy. The appeal is by permission of the Appellate Term from an order of that court affirming a judgment of the City Court of the City of New York, Kings County, entered on a verdict directed for the insurer at the close of all the evidence. Order unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ MADELINE LORCH, Respondent, v. LADISLAUS LORCH, Appellant.— Appeal from an order denying appellant's motion (1) to transfer from the Municipal Court of the City of New York a summary proceeding, brought by respondent to recover possession of real property from appellant, and (2) to consolidate said proceeding with this action, brought by respondent for a separation from appellant. Order reversed, without costs, and motion granted. Since appellant cannot obtain affirmative equitable relief in the summary proceeding (*Levy* v. *Van Dorn Hotel Corp.,* 60 N. Y. S. 2d 795), and since there are questions of law and fact common to the proceeding and the action which may be disposed of in one lawsuit without prejudice to a substantial right of either party (cf. *Corcoran* v. *Scolaro,* 267 App. Div. 871), a consolidation should be had to avoid multiplicity of suits (*Datz* v. *Economy Cotton Goods Stores,* 263 N. Y. 252, 254; *Scherman* v. *Scherman,* 261 App. Div. 908). Settle order on notice. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.